IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ALBERT McCALL, III and YAASEEN NIXON,<br>　　　　*Plaintiffs,*<br>　　v.<br>CITY OF PHILADELPHIA, *et al.*,<br>　　　　*Defendants.* | CIVIL ACTION NO. 18-4622 |

## ORDER

**AND NOW**, this 30th day of August 2019, upon consideration of the Motion to Dismiss of Defendants City of Philadelphia ("the City") and Philadelphia Police Department Officers Deayoung Park, Matthew Farley, Bruce Wright and Timothy Dougherty ("Police Officers") [Doc. No. 14], the Motion to Dismiss of Defendants Good Luck Chinese Restaurant, Ling Lin, and Zhou Zhao ("Restaurant Defendants") [Doc. No. 15], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

　　1.　　The City and Police Officers' Motion [Doc. No. 14] is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to the excessive force claims against Police Officers and municipality claims against the City, which are **DISMISSED without prejudice**. The Motion is otherwise **DENIED**.

　　2.　　Restaurant Defendants' Motion [Doc. No. 15] is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** only as to the state tort law claims against Defendant Zhou Zhao, which are **DISMISSED without prejudice**. The Motion is otherwise **DENIED**.

　　3.　　Plaintiffs are **GRANTED** leave to file an Amended Complaint as to their excessive force claims against Police Officers, municipality claims against the City, and state tort

law claims against Defendant Zhou Zhao, no later than **September 20, 2019**. If Plaintiffs do not file an Amended Complaint, the City and Zhou Zhao may be dismissed from the case for failure to prosecute any claims against them, and remaining Defendants shall answer the remaining claims, no later than **October 4, 2019**.

It is so **ORDERED**.

**BY THE COURT:**
**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**